PER CURIAM.

Cleveland Nelson appeals the district court's orders denying relief on Nelson's Fed.R.Crim.P. 41(e) motion for return of property and denying his motion for reconsideration. *See United States v. Nelson,* No. CR–94–57 (E.D.N.C. June 24, 2003; Aug. 18, 2003). We have reviewed the record and find no reversible error because Nelson had notice of the contested forfeiture no later than April 1995, more than six years before he filed the Rule 41(e) motion. *See* 28 U.S.C. § 2401(a) (2000); *United States v. Minor,* 228 F.3d 352, 359 (4th Cir.2000). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Henry Hardy, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hardy v. Beeler,* No. CA–03–570 (E.D.N.C. Aug. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

**Henry HARDY, Petitioner—Appellant,**

v.

**Albert F. BEELER, Warden, Respondent—Appellee.**

No. 03–7305.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2003.

Decided Feb. 26, 2004.

Henry Hardy, Appellant pro se.

**In re:  Raymond H. MCDONALD, Petitioner.**

No. 03–7658.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2004.

Decided Feb. 27, 2004.